FILED

SEP 2 3 2016

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Clarksburg Division

JASON GOINES,

        Plaintiff,

v.                                               Civil Action No. 1:15-CV-157-IMK
                                              Judge Keeley

PRESTON COUNTRY CLUB, INC.
and ARTHUR GEORGE,

        Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

On a previous day came the Plaintiff, Jason Goines, and the Defendants, Preston Country Club, Inc. and Arthur George, by counsel, and announced to the Court that all matters in controversy between Plaintiff and the Defendants have been compromised and settled, and the parties had jointly moved that this action be dismissed with prejudice as is more fully shown by the signatures of the parties below.

It is, accordingly, **ORDERED** that all claims of Plaintiff against the Defendants in this action be, and the same hereby is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and attorneys' fees.

The Clerk shall provide a certified copy of this Order to all counsel of record.

It is so **ORDERED**.

Enter this order this 23rd day of September, 2016.

                                                                  Irene M. Keeley
                                                                    United States District Judge

PREPARED BY:

/s/E. Taylor George
E. Taylor George (WVSB #8892)
Sara E. Brown (WSB #11999)
MacCorkle Lavender, PLLC
300 Summers Street, Suite 800
Charleston, WV 25301
(304) 344-5600
*Counsel for Defendant*

APPROVED BY:

/s/David M. Grunau
David M. Grunau
244 Pleasant Street
Morgantown, West Virginia 26505
*Attorney for Plaintiff*